IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






WR-37,288-03





EX PARTE JAMES LEE CLARK







ON APPLICATION FOR WRIT OF HABEAS CORPUS


IN CAUSE NO. F-93-0713-C FROM THE


211
TH DISTRICT COURT OF DENTON COUNTY





Per Curiam.


ORDER



 This is a subsequent application for writ of habeas corpus filed pursuant to Texas
Code of Criminal Procedure, Article 11.071, Section 5.

 Applicant was convicted of capital murder on May 3, 1994. On direct appeal we
affirmed the conviction and sentence. Clark v. State, No. 71,911 (Tex. Crim. App. October
2, 1996). Applicant's initial application for writ of habeas corpus was filed with the trial
court on October 6, 1997. After reviewing that application, we denied relief. Ex parte Clark, 
 No. 37,288-01 (Tex.Crim.App. July 8, 1998). A subsequent application was filed on
November 16, 2002. We determined that one claim satisfied the requirements of Article 


 CLARK -2-

11.071, Section 5 and remanded to the convicting court for resolution. The convicting court
conducted hearings over several days and returned the record to this Court; after review we
denied the relief sought. Ex parte Clark, WR-37,288-02 (Tex. Crim. App. March 4, 2004).

 We have reviewed this application and find that it does not meet the requirements of
Texas Code of Criminal Procedure, Article 11.071, Section 5(a), for consideration of
subsequent claims. This application is dismissed as an abuse of the writ and the motion for
stay of execution is denied.

 IT IS SO ORDERED THIS THE 3RD DAY OF APRIL, 2007.

Do Not Publish